Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

OCT 2 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Marcus Hinton
Vanessa Hinton (POA)
Veronica Hinton
Truly Organic
Great Day Transportation

### Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Cochise County
Cochise County Sheriff
Doni Mayer +
Br.William Mayer          (Please see attached)

### Defendant(s)

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   **CV23-00482-TUC-MSA**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ✓ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Marcus Hinton          Great Day Transportation
                        Veronica Hinton        Truly Organic
                        Vanessa Hinton (POA)

Street Address          201 W. Spruce St       unit 2003

City and County         Deming,  Cochise  Luna

State and Zip Code      AT  nm  ,  88031

Telephone Number        (520) 637-9288

E-mail Address          marcusHinton21@yahoo.com

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

(see Attached)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutional Rights                 Human Rights

~~The~~ Search + Seizure
Excessive force
Trespass                              Please see attached
Thieft
Denial of Due Process

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual   Marcus Hinton
The plaintiff, *(name)*   Veronica Hinton (Poa)
Vanessa Hinton              , is a citizen of the
State of *(name)*   AZ                .

b.   If the plaintiff is a corporation   Truly Organic
The plaintiff, *(name)*   Great Day Transportation   , is incorporated
under the laws of the State of *(name)*   AZ              ,
and has its principal place of business in the State of *(name)*
Arizona                  .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual   Cochise County   (see attached)
Cochise County Sheriff   Progressive Insurance
The defendant, *(name)*   Dani + William Mosier   , is a citizen of
the State of *(name)*   Arizona          . Or is a citizen of
*(foreign nation)*   ~~Arizona~~ USA          .

b.   If the defendant is a corporation
The defendant, *(name)* _Cochise County Cochise County Sheriff, Progressive Insurance_, is incorporated under the laws of the State of *(name)* _AZ_, and has its principal place of business in the State of *(name)* _Arizona_.

Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _USA_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*
_Due to the complexity and egregiousness of the Cochise County Sheriff it will far exceed $75,000_

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_See attached_

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
_See attached_

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/95/23

Signature of Plaintiff

Printed Name of Plaintiff   Marcus Hinton   Vanessa Hinton (POA)   Veronica Hinton

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendants
1,AA
Cochise County, Arizona

**(SOC)** 1.Abandonment- Refused to allow us back to our property, refused to to address any issues, forced us to remain homeless and the theft and abuse to continue until current day willingly knowing and understanding we have no place to live and currently homeless while disabled, refuse to allow us any court proceedings. Denying us housing or right to our property without any due process causing us to remain homeless. (more may violations exist.

Request for immediate **Relief**

Request funds for immediate Legal assistance or court appointed counsel to assist with this lawsuit.

Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

Homeless for 101 weeks, monthly housing only is $3600 which is $86,400 for 24 months and counting of homelessness. We request $86,400 x 24 for each month which is our actual housing damages totaling

$2,073,600.

**(SOC)** 1.Abandonment- Refused to allow us back to our property, refused to to address any issues, forced us to remain homeless and the theft and abuse to continue until current day willingly knowing and understanding we have no place to live and currently homeless while disabled, refuse to allow us any court proceedings. Denying us housing or right to our property without any due process causing us to remain homeless. (more may violations exist.

Request for immediate **Relief**

Request funds for immediate Legal assistance or court appointed counsel to assist with this lawsuit.

Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

Homeless for 101 weeks, monthly housing only is $3600 which is $86,400 for 24 months and counting of homelessness. We request $86,400 x 24 for each month which is our actual housing damages totaling

$2,073,600.

2.Terrorizing our family- Searching and seizing our property and businesses without warning complaint or Warrant, hunting for us on different county residents home in or about December 2021 and current, constant feel of running from Cochise county sheriffs office, destruction and removal of our businesses, loss of earnings and potential earnings beginning Nov 17, 2023 until current, for company Truly organic Sam's Club orders exceeded.  (More may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

3. Animal theft, seizure of animals, kicking(abusing),theft of our animals beginning Nov 17 2021 until current 2023  (More may exist). Verbally attacked and hate beginning November 17,2023 until current 2023. ( more violations may exist)

**Relief** .Over 200 small farm animals and pets were abused stolen, killed, lost, seized and tortured. Replacement amounts $45 thousand multiplied by 24 and counting for punitive damages totaling $1,080,000.(More violations may exist

4.Racial Discrimination- Allowed Sheriffs to refer to our family's as niggers, and other **derogatory statements.** Instructed and allowed the Cochise county sheriff department the right to plant evidence, break into our property, steal property, in possession of our stolen property, create false documents, false imprisonment, planting evidence Beginning around Nov 19,2021 until current 2023. (More violations may exist)

The mental, financial, and physical wrongs of all plaintiffs that has destroyed our health over the past two years of homelessness. The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

5.Humiliation: Sleeping in our van without any heat during thanksgiving, Christmas other holidays and birthdays at truck stops or other available, being told to leave truck stops and cannot sleep, not having proper bathing or hygiene, having to eat at food kitchens for holidays and day to day living (more may exist)   Allowed deputies to laugh while home was burning in or about Nov 17 2021. Allowed neighbors to inspect and search the premises while home was burning in or about Nov17,2021. We request  allowed Cochise county sheriff deputies to laughed when told we have an attorney and presented each attorney's information in and around November 17,2021. false eviction in or around 2021, allowed other county residents to witness false eviction in or around Nov 17 2021. Allowed us to remain homeless current 2023 (more violations may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

6. Threats. - Allowed Cochise county sheriff to threaten us in or about Nov 2021. Threatened arrest while attempting to stop deputies from attacking animals in or around Nov 18,2021. 5.Threatened physical harm in or around Nov 17,2021 if we did not vacate the property. Threatened to be arrested if we returned to the county in or around Nov 17,2021. Threatened with guns looting and destroying the property without warrant or warrant in or about Nov 17,2021. Threatened to take possession of stolen/ and planted property or be arrested in or around Nov 17,2021. Threatened our belongings would be destroyed further if stolen property was not received by us in or around Nov19,2023. (More violations may exist)

human rights- 6.Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

7.civil rights- allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 18,2021.cochise county allowed Cochise county sheriffs to state to our family that we do not have rights to warrants notices or warnings on recorded video in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

8. Theft- Theft of approximately 29 acre property at 3752 n golden rule rd Cochise Arizona 85606 in or around Nov 18,2021, Theft of animals, equipment, personal property, business property. Businesses (More violations may exist)

**Relief**

 The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

10.Planting Evidence- On video/ audio Cochise county sheriff deputies are caught placing different items in and around 3752 n golden rule rd into buildings and other spaces without any warrant, notice or warnings in or around Nov 18,2021. Cochise county sheriffs deputies in or around Nov 17,2021 returned to 3752 n golden rule rd and other county residents home placing or attempting to place different unknown substances, items and weapons without warrant, warnings or warrants.

**Relief**

 The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

11. Abuse- Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 17,2021. Banned from voting in the county, returning to the county, allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights

beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

12. Disability Discrimination- Denied access to health care beginning Nov 17,2021 (other violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

13. Imminent Danger- Cochise county sheriffs/ Cochise county allowed the individuals whom originally stolen from the property on Golden rule to come with them back to our property during planting of evidence in or around Nov 18,2021.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

14. Shared our personal information with other residents and also thieves whom originally broke into Golden rule rd without our permission in or around Nov 18,2021. Cochise county sheriffs office currently and beginning around December 2021 searching for our family without warrant or warrant at other county residents homes (more violations may exist) Relief

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

15. Intentional Harm- Cochise county, Cochise county sheriff purposely planted evidence, items, stolen goods, substances and machinery in or around 3752 n Golden rule rd in order to frame us with possession of items. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

16. Abuse of power- Cochise county took away any rights that we may have been entitled to and illegally evicted us off and stole our property denying us any legal remedies or standard court proceedings . (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

17. Torture- in or around Nov 17,2021 Cochise county assisted in the mental torture by allowing its sheriffs department to continue the seizure of our property, home, animals, businesses and personable items. Cochise county allowed sheriffs deputies to poison and torture our animals doing and allowing things such as strangling rabbits, cutting pigs and birds cavities open using blood to draw different objects, painting blood of animals slaughtered into property. Beginning

Nov 18,2021 Leaving us without fair access to medical equipment, medical access as our disabilities progress. (More violations may exist)

**Relief**

The **relief** we request is $24 million for each month of homelessness and going totaling to $576,000,000

18. Animal Abuse- in or around Nov 18,2021 Cochise county sheriff were allowed to kick animals, slaughter animals, seize animals, poison animals, deny animals Medical care, theft of animal mediations and equipment. (More violations may exist) Relief

$10, million multiplied by 10 is $100,000,000

19. Exploitation- In or around Nov17,2021 Cochise county allowed the theft of our property, personal items, animals, equipment and other items and buildings on Golden rule rd to be stolen sold and exchanged without warrant or warning. (More violations may exist)

Relief $10, million multiplied by 10 is $100,000,000

20. Being Held against Will. : Cochise county falsely detained us in or around Nov 18,2021 . Cochise county sheriff department banned us from entering the county of Cochise without being arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

21. The right to travel- Beginning November 18 2021 Cochise county allowed us to be banned from the city and county of Cochise county without warrant or warning or due process(more violations may exist)

22. Theft of stolen property- in or around Nov 18,2021 Cochise county allowed Cochise county sheriff department to assist in the theft of our belongings, property and property itself at 3752 n Golden rule rduntil present day. (More violations may exist).

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

23. Pause and halt to businesses and businesses dealings- Beginning Nov 18,2021 Cochise county seized and assisted in the theft and destruction of our property all businesses property and halted any future business dealings with the seizure of the property and contents until current day (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

24. Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

Cochise county sheriffs evicted us of our rent to own property without a warrant, notice or warning being told we have 24 hours to leave the property and take what we could. We were told by Cochise county sheriffs in or around Nov 19,2021 After 24 hours of our animals that were remaining or ourselves are at the property or county associated with 3752 n golden rule we would be arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

26. Tampering with evidence - In or around Nov 18,2021 the Cochise county sheriffs department are moving stolen property and other known acts to stolen property. On or around November 19,2022 caught on video Cochise county sheriffs department are placing items in or around 3752 n golden rule rd without any warrant, notices or warnings. ( more violations may exist)

**Relief The relief we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000**

27. invasion of privacy: Beginning around November 18, 2023 Cochise county sheriffs deputies themselves allowed deputies and neighbors to search our property without any warnings or warrant until current day. (More May exist)The mental, financial, and physical wrongs of all plaintiffs that has destroyed our health over the past two years of homelessness.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000


2.Cochise county sheriff:

**(SOC)** 1.Abandonment- Refused to allow us back to our property, refused to to address any issues, forced us to remain homeless and the theft and abuse to continue until current day willingly knowing and understanding we have no place to live and currently homeless while disabled, refuse to allow us any court proceedings. Denying us housing or right to our property without any due process causing us to remain homeless. (more may violations exist.

Request for immediate **Relief**

Request funds for immediate Legal assistance or court appointed counsel to assist with this lawsuit.

Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

Homeless for 101 weeks, monthly housing only is $3600 which is $86,400 for 24 months and counting of homelessness. We request $86,400 x 24 for each month which is our actual housing damages totaling $2,073,600.

2.Terrorizing our family- Searching and seizing our property and businesses without warning complaint or Warrant, hunting for us on different county residents home in or about December 2021 and current, constant feel of running from Cochise county sheriffs office, destruction and removal of our businesses, loss of earnings and potential earnings beginning Nov 17, 2023 until current, for company Truly organic Sam's Club orders exceeded.  (More may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

3. Animal theft, seizure of animals, kicking(abusing),theft of our animals beginning Nov 17 2021 until current 2023  (More may exist). Verbally attacked and hate beginning November 17,2023 until current 2023. ( more violations may exist)

**Relief** .Over 200 small farm animals and pets were abused stolen, killed, lost, seized and tortured. Replacement amounts $45 thousand multiplied by 24 and counting for punitive damages totaling $1,080,000.(More violations may exist

4.Racial Discrimination- Allowed Sheriffs to refer to our family's as niggers, and other **derogatory statements.** Instructed and allowed the Cochise county sheriff department the right to plant evidence, break into our property, steal property, in possession of our stolen property, create false documents, false imprisonment, planting evidence Beginning around Nov 19,2021 until current 2023. (More violations may exist)

The mental, financial, and physical wrongs of all plaintiffs that has destroyed our health over the past two years of homelessness. The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

5.Humiliation: Sleeping in our van without any heat during thanksgiving, Christmas other holidays and birthdays at truck stops or other available, being told to leave truck stops and cannot sleep, not having proper bathing or hygiene, having to eat at food kitchens for holidays and day to day living (more may exist)   Allowed deputies to laugh while home was burning in or about Nov 17 2021. Allowed neighbors to inspect and search the premises while home was burning in or about Nov17,2021. We request  allowed Cochise county sheriff deputies to laughed when told we have an attorney and presented each attorney's information in and around November 17,2021. false eviction in or around 2021, allowed other county residents to witness false eviction in or around Nov 17 2021. Allowed us to remain homeless current 2023 (more violations may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

6. Threats. - Allowed Cochise county sheriff to threaten us in or about Nov 2021. Threatened arrest while attempting to stop deputies from attacking animals in or around Nov 18,2021.

5.Threatened physical harm in or around Nov 17,2021 if we did not vacate the property. Threatened to be arrested if we returned to the county in or around Nov 17,2021. Threatened with guns looting and destroying the property without warrant or warrant in or about Nov 17,2021. Threatened to take possession of stolen/ and planted property or be arrested in or around Nov 17,2021. Threatened our belongings would be destroyed further if stolen property was not received by us in or around Nov19,2023. (More violations may exist)
human rights- 6.Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)
**Relief**
The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000
7.civil rights- allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 18,2021.cochise county allowed Cochise county sheriffs to state to our family that we do not have rights to warrants notices or warnings on recorded video in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)
**Relief**
The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000
8. Theft- Theft of approximately 29 acre property at 3752 n golden rule rd Cochise Arizona 85606 in or around Nov 18,2021, Theft of animals, equipment, personal property, business property. Businesses (More violations may exist)
**Relief**
  The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000
10.Planting Evidence- On video/ audio Cochise county sheriff deputies are caught placing different items in and around 3752 n golden rule rd into buildings and other spaces without any warrant, notice or warnings in or around Nov 18,2021. Cochise county sheriffs deputies in or around Nov 17,2021 returned to 3752 n golden rule rd and other county residents home placing or attempting to place different unknown substances, items and weapons without warrant, warnings or warrants.
**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

11. Abuse- Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 17,2021. Banned from voting in the county, returning to the county, allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

12. Disability Discrimination- Denied access to health care beginning Nov 17,2021 (other violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

13. Imminent Danger- Cochise county sheriffs/ Cochise county allowed the individuals whom originally stolen from the property on Golden rule to come with them back to our property during planting of evidence in or around Nov 18,2021.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

14. Shared our personal information with other residents and also thieves whom originally broke into Golden rule rd without our permission in or around Nov 18,2021. Cochise county sheriffs office currently and beginning around December 2021 searching for our family without warrant or warrant at other county residents homes (more violations may exist) Relief

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

15. Intentional Harm- Cochise county, Cochise county sheriff purposely planted evidence, items, stolen goods, substances and machinery in or around 3752 n Golden rule rd in order to frame us with possession of items. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

16. Abuse of power- Cochise county took away any rights that we may have been entitled to and illegally evicted us off and stole our property denying us any legal remedies or standard court proceedings . (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

17. Torture- in or around Nov 17,2021 Cochise county assisted in the mental torture by allowing its sheriffs department to continue the seizure of our property, home, animals, businesses and personable items. Cochise county allowed sheriffs deputies to poison and torture our animals doing and allowing things such as strangling rabbits, cutting pigs and birds cavities open using blood to draw different objects, painting blood of animals slaughtered into property. Beginning Nov 18,2021 Leaving us without fair access to medical equipment, medical access as our disabilities progress. (More violations may exist)

**Relief**

The **relief** we request is $24 million for each month of homelessness and going totaling to $576,000,000

18. Animal Abuse- in or around Nov 18,2021 Cochise county sheriff were allowed to kick animals, slaughter animals, seize animals, poison animals, deny animals Medical care, theft of animal mediations and equipment. (More violations may exist) Relief

$10, million multiplied by 10 is $100,000,000

19. Exploitation- In or around Nov17,2021 Cochise county allowed the theft of our property, personal items, animals, equipment and other items and buildings on Golden rule rd to be stolen sold and exchanged without warrant or warning. (More violations may exist)

Relief $10, million multiplied by 10 is $100,000,000

20. Being Held against Will. : Cochise county falsely detained us in or around Nov 18,2021 . Cochise county sheriff department banned us from entering the county of Cochise without being arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

21. The right to travel- Beginning November 18 2021 Cochise county allowed us to be banned from the city and county of Cochise county without warrant or warning or due process(more violations may exist)

22. Theft of stolen property- in or around Nov 18,2021 Cochise county allowed Cochise county sheriff department to assist in the theft of our belongings, property and property itself at 3752 n Golden rule rduntil present day. (More violations may exist).

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

23. Pause and halt to businesses and businesses dealings- Beginning Nov 18,2021 Cochise county seized and assisted in the theft and destruction of our property all businesses property and halted any future business dealings with the seizure of the property and contents until current day (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

24. Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

Cochise county sheriffs evicted us of our rent to own property without a warrant, notice or warning being told we have 24 hours to leave the property and take what we could. We were told by Cochise county sheriffs in or around Nov 19,2021 After 24 hours of our animals that were remaining or ourselves are at the property or county associated with 3752 n golden rule we would be arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

26. Tampering with evidence - In or around Nov 18,2021 the Cochise county sheriffs department are moving stolen property and other known acts to stolen property. On or around November 19,2022 caught on video Cochise county sheriffs department are placing items in or around 3752 n golden rule rd without any warrant, notices or warnings. ( more violations may exist)

**Relief The relief we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000**

27. invasion of privacy: Beginning around November 18, 2023 Cochise county sheriffs deputies themselves allowed deputies and neighbors to search our property without any warnings or warrant until current day. (More May exist)The mental, financial, and physical wrongs of all plaintiffs that has destroyed
our health over the past two years of homelessness.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1, CC

Doni and William Mayer, Arizona

**(SOC)** 1.Abandonment- Refused to allow us back to our property, refused to to address any issues, forced us to remain homeless and the theft and abuse to continue until current day willingly knowing and understanding we have no place to live and currently homeless while disabled, refuse to allow us any court proceedings. Denying us housing or right to our property without any due process causing us to remain homeless. (more may violations exist.

Request for immediate **Relief**

Request funds for immediate Legal assistance or court appointed counsel to assist with this lawsuit.

Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

Homeless for 101 weeks, monthly housing only is $3600 which is $86,400 for 24 months and counting of homelessness. We request $86,400 x 24 for each month which is our actual housing damages totaling

$2,073,600.

2.Terrorizing our family- Searching and seizing our property and businesses without warning complaint or Warrant, hunting for us on different county residents home in or about December 2021 and current, constant feel of running from Cochise county sheriffs office, destruction and removal of our businesses, loss of earnings and potential earnings beginning Nov 17, 2023 until current, for company Truly organic Sam's Club orders exceeded.  (More may exist)

**Relief**

30 million as actual loss (strained relationships due to inability to complete orders in accordance to contract.)punitive damages multiplied by 24 for each month of homelessness and current totaling to $7200,000,000.

3. Animal theft, seizure of animals, kicking(abusing),theft of our animals beginning Nov 17 2021 until current 2023  (More may exist). Verbally attacked and hate beginning November 17,2023 until current 2023. ( more violations may exist)

**Relief** .Over 200 small farm animals and pets were abused stolen, killed, lost, seized and tortured. Replacement amounts $45 thousand multiplied by 24 and counting for punitive damages totaling $1,080,000.(More violations may exist

4.Racial Discrimination- Allowed Sheriffs to refer to our family's as niggers, and other **derogatory statements**. Instructed and allowed the Cochise county sheriff department the right to plant evidence, break into our property, steal property, in possession of our stolen property, create false documents, false imprisonment, planting evidence Beginning around Nov 19,2021 until current 2023. (More violations may exist)

The mental, financial, and physical wrongs of all plaintiffs that has destroyed our health over the past two years of homelessness. The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

5.Humiliation: Sleeping in our van without any heat during thanksgiving, Christmas other holidays and birthdays at truck stops or other available, being told to leave truck stops and cannot sleep, not having proper bathing or hygiene, having to eat at food kitchens for holidays and day to day living (more may exist)   Allowed deputies to laugh while home was burning in or about Nov 17 2021. Allowed neighbors to inspect and search the premises while home was burning in or about Nov17,2021. We request  allowed Cochise county sheriff deputies to laughed when told we have an attorney and presented each attorney's information in and around November 17,2021. false eviction in or around 2021, allowed other county residents to witness false eviction in or around Nov 17 2021. Allowed us to remain homeless current 2023 (more violations may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

6. Threats. - Allowed Cochise county sheriff to threaten us in or about Nov 2021. Threatened arrest while attempting to stop deputies from attacking animals in or around Nov 18,2021.

5.Threatened physical harm in or around Nov 17,2021 if we did not vacate the property. Threatened to be arrested if we returned to the county in or around Nov 17,2021. Threatened with guns looting and destroying the property without warrant or warrant in or about Nov 17,2021. Threatened to take possession of stolen/ and planted property or be arrested in or around Nov 17,2021. Threatened our belongings would be destroyed further if stolen property was not received by us in or around Nov19,2023. (More violations may exist)

human rights- 6.Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

7.civil rights- allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 18,2021.cochise county allowed Cochise county sheriffs to state to our family that we do not have rights to warrants notices or warnings on recorded video in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

8. Theft- Theft of approximately 29 acre property at 3752 n golden rule rd Cochise Arizona 85606 in or around Nov 18,2021, Theft of animals, equipment, personal property, business property. Businesses (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

10.Planting Evidence- On video/ audio Cochise county sheriff deputies are caught placing different items in and around 3752 n golden rule rd into buildings and other spaces without any warrant, notice or warnings in or around Nov 18,2021. Cochise county sheriffs deputies in or around Nov 17,2021 returned to 3752 n golden rule rd and other county residents home placing or attempting to place different unknown substances, items and weapons without warrant, warnings or warrants.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

11. Abuse- Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. Told to remove post for reward of stolen property in or around Nov 17,2021. Banned from voting in the county, returning to the county, allowed Cochise county sheriffs to state to our family that we do not have rights in or around Nov 172021. Forced off our private land in or around Nov 17,2021. Denied the right to any court proceedings or basic human rights beginning Nov 17,2021 until current 2023. Denied access to food, water, shelter, medical care beginning or around Nov 18 2021 until current. (more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

12. Disability Discrimination- Denied access to health care beginning Nov 17,2021 (other violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

13. Imminent Danger- Cochise county sheriffs/ Cochise county allowed the individuals whom originally stolen from the property on Golden rule to come with them back to our property during planting of evidence in or around Nov 18,2021.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

14. Shared our personal information with other residents and also thieves whom originally broke into Golden rule rd without our permission in or around Nov 18,2021. Cochise county sheriffs office currently and beginning around December 2021 searching for our family without warrant or warrant at other county residents homes (more violations may exist) Relief

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

15. Intentional Harm- Cochise county, Cochise county sheriff purposely planted evidence, items, stolen goods, substances and machinery in or around 3752 n Golden rule rd in order to frame us with possession of items. (more violations may exist)

**Relief**

T The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

16. Abuse of power- Cochise county took away any rights that we may have been entitled to and illegally evicted us off and stole our property denying us any legal remedies or standard court proceedings . (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

17. Torture- in or around Nov 17,2021 Cochise county assisted in the mental torture by allowing its sheriffs department to continue the seizure of our property, home, animals, businesses and personable items. Cochise county allowed sheriffs deputies to poison and torture our animals doing and allowing things such as strangling rabbits, cutting pigs and birds cavities open using blood to draw different objects, painting blood of animals slaughtered into property. Beginning Nov 18,2021 Leaving us without fair access to medical equipment, medical access as our disabilities progress. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

18. Animal Abuse- in or around Nov 18,2021 Cochise county sheriff were allowed to kick animals, slaughter animals, seize animals, poison animals, deny animals Medical care, theft of animal mediations and equipment. (More violations may exist) Relief

$10, million multiplied by 10 is $100,000,000

19. Exploitation- In or around Nov17,2021 Cochise

county allowed the theft of our property, personal items, animals, equipment and other items and buildings on Golden rule rd to be stolen sold and exchanged without warrant or warning. (More violations may exist)

Relief $10, million multiplied by 10 is $100,000,000

20. Being Held against Will. : Cochise county falsely detained us in or around Nov 18,2021 . Cochise county sheriff department banned us from entering the county of Cochise without being arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

21. The right to travel- Beginning November 18 2021 Cochise county allowed us to be banned from the city and county of Cochise county without warrant or warning or due process(more violations may exist)

22. Theft of stolen property- in or around Nov 18,2021 Cochise county allowed Cochise county sheriff department to assist in the theft of our belongings, property and property itself at 3752 n Golden rule rduntil present day. (More violations may exist).

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

23. Pause and halt to businesses and businesses dealings- Beginning Nov 18,2021 Cochise county seized and assisted in the theft and destruction of our property all businesses property and halted any future business dealings with the seizure of the property and contents until current day (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

24. Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

Cochise county sheriffs evicted us of our rent to own property without a warrant, notice or warning being told we have 24 hours to leave the property and take what we could. We were told by Cochise county sheriffs in or around Nov 19,2021 After 24 hours of our animals that were remaining or ourselves are at the property or county associated with 3752 n golden rule we would be arrested. (More violations may exist)

**Relief**

26. Tampering with evidence - In or around Nov 18,2021 the Cochise county sheriffs department are moving stolen property and other known acts to stolen
property. On or around November 19,2022 caught on video Cochise county sheriffs department are placing items in or around 3752 n golden rule rd without any warrant, notices or warnings. ( more violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

27. invasion of privacy: Beginning around November 18, 2023 Cochise county sheriffs deputies themselves allowed deputies and neighbors to search our property without any warnings or warrant until current day. (More May exist)The mental, financial, and physical wrongs of all plaintiffs that has destroyed
our health over the past two years of homelessness.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1,DD

Progressive Insurance, Arizona policy

(SOC)Progressive insurance- Disability Discrimination- Refused to provide us with three beds for accommodation while homeless after the house fire beginning Nov 17,2021 until current, Refused medical equipment beginning Nov 17,2021 until current, ceased hotel payments to our hotel after multiple request for a ground floor hotel room as Veronica Hinton was at the time partly depended on a walker and or wheel chair in or around Nov 17,2021. Denied reasonable accommodations for three adults with disabilities. (more violations may exist) denied fire claim, and abandoned us.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(B)

Jane doe or John Doe

(SOC):(Possible ownership of seized property) owner of 3752 n golden rule rd 85606 Cochise Arizona Ifother than Doni and William Mayer

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

Name : Jane doe or John Doe

Job or Title : current tenant of 3752 n golden rule rd Cochise Arizona 85606
(SOC)Current residents living on illegally seized property.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

 1(D) Name :Ann Kirkpatrick

Job or Title (if known) : U.S. representative for Arizona's 2nd congressional district
(SOC) Reached out for assistance and was ignored by my US Representative.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(e)

Name : Veronica (not sure of last name)

Job or Title : internal affairs Cochise county sheriffs department (SOC) Denied us the right to file, Berate and dehumanized.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(f)

Name : Julia Corty

Job or Title: Arizona center for disability law State: Arizona
(SOC)Abandonment, Neglect

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

 1(g)

Name : Mark Brnnovic

Job or Title : Attorney General of Arizona
(SOC)Refused to oversee or investigate. )Abandonment, Neglect
Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us
from 3752 n golden rule m, took possession of all contents on property where any and all
businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24
months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

1(h)

Name : Jane doe

Title: probation officer of Scott (Landlord son) Landlord Donnie Mayer

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us
from 3752 n golden rule m, took possession of all contents on property where any and all
businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24
months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021


State :Arizona
(SOC)
Refuse to investigate
behavior. )Abandonment, Neglect
Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us
from 3752 n golden rule m, took possession of all contents on property where any and all
businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24
months of homelessness and going totaling to $576,000,000

1(i)

Name : Doug Ducey

Title: Governor of Arizona State: Arizona (SOC))Abandonment, Neglect

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us
from 3752 n golden rule m, took possession of all contents on property where any and all
businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24
months of homelessness and going totaling to $576,000,000

1(j)

Name : Jane doe or John Doe

Job or Title: Cochise county internal affairs

State: Arizona

(SOC) we're told we had to deal with the same ones who victimized us.)Abandonment, Neglect

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(k)

Name : Gregory G. McGill, Esq.

Job or Title: Gregory G. McGill, Esq.

MCGILL LAW FIRM

Street Address:4421 N. 75th st

City: Scottsdale

State: Arizona

Telephone Number

(480)970-6720

E-mail Address : gregmcgill@mcgillazlaw.com

(SOC) Mental abuse, and took away my rights. )Abandonment, Neglect

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

1(l)

Name : Matt Mcgregor

Job or Title : Arizona senator office

E-mail Address : Matt.McGregor@staff.azbar.org www.azbar.org

(SOC))Abandonment, Neglect, reached out and was ignored

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(m)

Name : Kyrsten Sinema

Job: Arizona senator )Abandonment, Neglect. Ignored pleas for help.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

1(n)

Name : Mark Kelly

Job or Title (if known) : Arizona senator Abandonment, Neglect. Ignored pleas for help.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,00

1(o)

Name : Eric DeRosia

Job or Title (if known) : Property Claim Desk Adjuster progressive insurance

E-mail Address : eric.derosia@afics.com (mailto:eric.derosia@afics.com)Abandonment, Neglect, Abuse, Abuse of Power, Ignored pleas for help.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(p)

Name : John Doe

Job or Title (if known) : insurance agent of landlord (Donnie Mayer William Mayer) sent text

Street Address

City and County:

State: Arizona

(SOC) Trespassing,

Abuse of power, Breaking and entering, mental abuse.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(q)

Name : Curtis L Watkins

Job or Title (if known) : Cochise county sheriff department Street Address

City and County:

State: Arizona

(SOC) Threatens, stating

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(r)

Name : Jane doe

Job or Title: Street Address City and State:

Phoenix Arizona (602)262-5911

Name : Nancy Escobar

Job or Title: Female Attorney (SOC)at Jenkins law firm, that was given our case. Took our money and then abandoned us. jenkins law firm

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(t)

Name : Lashawn Jenkins

Job or Title (if known) : Owner of Jenkins law firm

Street Address

City and County: Phoenix

State Arizona

(SOC)We interviewed and hired this person to represent and assist us refused to contact anyone on ou8r behalf, forced us to contact the people we explained and hired were scared of our lives off,  We had to sleep at a truck stop waiting on him to help. He or firm did nothing. He abandoned us, neglected, then abused us mentally and verbally when we questioned what he was not doing.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(u) Name : Jane Doe

Title: paralegal of CMj law Address
325 West Franklin Street, Ste. 115
Tucson Arizona 85701
Telephone Number
(520) 982-4655
(SOC)Assisted her employer in abusing, neglecting, Denying us the right to sue the sheriff, allowing abuse to continue without cease

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**
The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(v)
Name : Christopher Jeffries
Job: CMJ law firm
Street Address
325 West Franklin Street, Ste. 115
Tucson Arizona 85701
Telephone Number
(520) 982-4655
E-mail Address
christopher@cmjlawoffice.com
(SOC)We hired Christopher Jeffries approximately 11/19/21 He was retained. After notifying him of the early ongoing abuse of the Sheriff. We were abandoned, neglected, and verbally abused. Civil rights violations

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**
The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

la1(w)
Name : Joshua Turner
Title : Attorney Turner law firm pllc
(SOC) While looking for an Attorney Joshua told us "we were Lying, an no he will not take this case. He also stated he was contacting the Sheriff and tell them what we're up to. That night we left a review detailing this communication. We then received a email threatening that unless we removed the review he would contact the sheriff again and give all our information, after we explained we feared for our lives.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

25. False Eviction- On or around Nov 19,2021

1(X)

Name : Jane doe

Job or Title: Cochise county dispatch respondent.

State Arizona

(SOC) Humiliated an dehumanizing. She also stated we had no rights. Said the sheriffs didn't need a warrant

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(y)

Name : Robert Watkins

Job or Title (if known) : operations commander Cochise county State AZ

(SOC)Stated we could not file a report unless it came through him. Stated we had no rights in Cochise county.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(z)

Name : Tim Shay

Job or Title : compliance specialist at Arizona peace officer standards training board

(SOC) questioned the abuse we received and we're further abused, neglected and abandonment

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(aa)

Name : neighbor

Job or Title: Neighbor who came night of house fire.

Street Address

(Not sure)

As I lay on the ground sobbing I noticed the Sheriff going into other buildings. A Gentleman pulled onto our property on a golf cart. He and the Sheriff began speaking. The Sheriff walks away and goes into the other house. He comes back out holding something and goes back over to this gentleman on the golf cart. They began to argue a bit. The person remained on the property for a while Trespassing even after we were told we had to leave. Cochise State Arizona

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(bb)

Name : John Doe

Job or Title: neighbor who called sheriff department regarding animals. .

Street Address

(Not known)

City and County: Cochise

State: Arizona

(SOC) There is no neighbor who can see our dogs from the street in the middle of 29 acres. Whoever reported this to the sheriff was lying, and took away my rights.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(cc)

Name : SGT. Tal Parker

Job or Title: Cochise county sheriffs department.

City and County: Cochise

State Arizona

(SOC)Was the officer who threatened to arrest us because we demanded that whoever was in power of our items be arrested and charges filed. He never let us identify our stolen possessions. He then put together a group of his deputies and friends several trucks and trailers with the original thieves and took it all back to my property without my permission. Cut a lock again and began planting evidence or destroying what was left(all on video)

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(dd)

Name : John Doe with(Jane Doe)

Job or Title: individuals who stole property (per Cochise county sheriff)

Street Address

Unknown

City and County: Benson/Cochise

State Arizona

(SOC) the man and woman who were in possession of my (stolen) property, then drove back to my property and trespassed

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(ee)

Name : Jane doe with (John Doe)

Job or Title : Individuals who housed stolen property per Cochise county Sheriff

Street Address

Unknown

City and County: Benson/Cochise

State Arizona

(SOC) the man and woman who were in possession of my (stolen) property, then drove back to my property and trespassed

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

Name : Willcox Arizona Mayor

Job or Title : mayor of Willcox .

City and County: Willcox/Cochise

State Arizona

(SOC) The Mayor's office was notified. We requested assistance and were ignored, and abandoned.

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(gg)

Name : Cochise County Fire Chief

County: Cochise

State Arizona

(SOC) If at any point he was knowledgeable of the transgressions of Cochise county Sheriff and did nothing

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

h(hh)

Name : Douglas police department Chief of police

Job or Title: Douglas police department Chief of police. Street Address

City and County: Douglas

State Arizona

(SOC)Per Cochise county Sheriff, assisted in seizures

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(ii)

Name : Jane doe John John Doe Job: Benson Police department. Street Address

City and County: Douglas

State Arizona

(SOC)Per Cochise county Sheriff, assisted in seizures

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(jj)

Name : Benson police department Chief of police

Job or Title: Chief of police benson police department. City and County: Benson

State Arizona

(SOC)Per Cochise county Sheriff, assisted in seizures

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(kk)

Name : John Doe Jane Doe

Title: Owner of security Guard company (security guard Front desk FBI office Phoenix Arizona 7th street

City: Phoenix

State Arizona

(SOC)

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

On or around Nov 19,2021Civil rights violations, abuse, Neglect, Human Rights Violation, Constitutional rights violations, Humiliation, abandonment, intimidation when company security guard insisted I tell him why I was there, ( We are 3 disabled Americans and we are scared for our lives and need immediate assistance)then snickered in a very derogatory manner when I told him, and refused us assistance, directed us to call a (800) phone number. We attempted to do so when he came out the building and started taking pictures of us.

1(ll)

Name : John Doe

Job or Title : (security guard Front desk FBI office Phoenix Arizona 7th street)

City Phoenix:

State Arizona

Civil rights violations, abuse, Neglect, Human Rights Violation, Constitutional rights violations, Humiliation, abandonment, intimidation when company security guard insisted I tell him why I was there, ( We are 3 disabled Americans and we are scared for

our lives and need immediate assistance)then snickered in a very derogatory manner when I told him, and refused us assistance, directed us to call a (800) phone number. We attempted to do so when he came out the building and started taking pictures of us.

.Humiliation: Sleeping in our van without any heat during thanksgiving, Christmas other holidays and birthdays at truck stops or other available, being told to leave truck stops and cannot sleep, not having proper bathing or hygiene, having to eat at food kitchens for holidays and day to day living (more may exist)   Allowed deputies to laugh while home was burning in or about Nov 17 2021. Allowed neighbors to inspect and search the premises while home was burning in or about Nov17,2021. We request  allowed Cochise county sheriff deputies to

laughed when told we have an attorney and presented each attorney's information in and around November 17,2021. false eviction in or around 2021, allowed other county residents to witness false eviction in or around Nov 17 2021. Allowed us to remain homeless current 2023 (more violations may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(mm)

Name : Jane Doe

Job or Title: (security guard Front desk FBI office Phoenix Arizona 7th street)

Street Address

City : Phoenix

State Arizona

(SOC)

Civil rights violations, abuse, Neglect, Human Rights Violation, Constitutional rights violations, Humiliation, abandonment, intimidation when company security guard insisted I tell him why I was there, ( We are 3 disabled Americans and we are scared for our lives and need immediate assistance)then snickered in a very derogatory manner when I told him, and refused us assistance, directed us to call a (800) phone number. We attempted to do so when he came out the building and started taking pictures of us.

.Humiliation: Sleeping in our van without any heat during thanksgiving, Christmas other holidays and birthdays at truck stops or other available, being told to leave truck stops and cannot sleep, not having proper bathing or hygiene, having to eat at food kitchens for holidays and day to day living (more may exist)   Allowed deputies to laugh while home was burning in or about Nov 17 2021. Allowed neighbors to inspect and search the premises while home was burning in or about Nov17,2021. We request  allowed Cochise county sheriff deputies to laughed when told we have an attorney and presented each attorney's information in and around November 17,2021. false eviction in or around 2021, allowed other county residents to witness false eviction in or around Nov 17 2021. Allowed us to remain homeless current 2023 (more violations may exist)

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(nn)

Name : Mark Brnovich

Job or Title: Arizona civil rights

State Arizona

(SOC)

Abandonment, Civil Rights, Human Rights, constitutional rights, abuse of power. Others may exist.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(oo)

Name : Linda Bohlke

Job or Title : Arizona Attorney General civil rights

Arizona

(SOC)

Abandonment, Civil Rights, Human Rights, constitutional rights, abuse of power. Others may exist.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(pp)

Name : Stephen Scott

Job or Title: Arizona Attorney General civil rights

State Arizona

(SOC)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(mm)

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(qq)

Name : Jane Doe

Job or Title : Landlords Daughter in Law (Scott's Wife)( Scott's child's mother).

State Arizona

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(rr)

Name : Jane Doe

Job or Title: Cochise County. Female Officer in video

State Arizona

(SOC)

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(ss)

Name : Scott

Job or Title: Donnie Mayer (Son) (Landlord Son) State Arizona

Theft of stolen property- in or around Nov 18,2021 Cochise county allowed Cochise county sheriff department to assist in the theft of our belongings, property and property itself at 3752 n Golden rule rduntil present day. (More violations may exist).

Pause and halt of businesses and businesses dealings-

Beginning Nov 18,2021 Cochise county seized and assisted in the theft and destruction of our property all businesses property and halted any future business dealings with the seizure of the property and contents until current day (More violations may exist)

Theft of businesses- Beginning on or around Nov 19,2021 Cochise county sheriffs evicted us from 3752 n golden rule m, took possession of all contents on property where any and all businesses were operated and processed. (More violations may exist)

False Eviction- On or around Nov 19,2021 Cochise county sheriffs evicted us of our rent to own property without a warrant, notice or warning being told we have 24 hours to leave the property and take what we would. We were told by Cochise county sheriffs in or around Nov 19,2021 After 24 hours of our animals that were remaining or ourselves are at

the property or county associated with 3752 n golden rule we would be arrested. (More violations may exist)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(vv)

Name : Sabrina

Job or Title Tucson state bar referrals service.

Tucson, Az

(SOC)

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

Abandonment, human rights violations, civil rights violations

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(ww)

Name : Amy

Job or Title (if known) Tucson state bar referrals service. Street Address

City Tucson

State Arizona

(SOC)

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000

1(zz8)

Name : Amy

Job or Title Tucson state bar referrals service.

City: Tucson

State Arizona

(SOC)

Was knowledgeable of the transgressions of Cochise county Sheriff and did nothing.

**Relief**

The **relief** we request is $1 million for each month of homelessness equaling $24,000,000 x 24 months of homelessness and going totaling to $576,000,000