Your Honor,

We write to you humbly as three Americans in tears, all with several disabilities one in which has Veronica completely bed/ wheel chair bound as a result of this issue, whom are terrified for our lives of the individuals included. Our current living arrangements are completely homeless staying in hotels. At present time of writing this letter we have one day left with no alternatives for basic living tomorrow. This month alone we have applied and paid application fees at several different locations in hopes of retaining a stable and environment without any prevail for debt under 10 thousand dollars.

Because of great fear for our safety we ask our names and identities be hidden from the public if possible.

Your honor for 24 agonizing months We have been unable to rest, sleep or eat properly sleeping in our vehicle in negative temperatures without heat. We feel as though every rock has been turned to hopefully resolve this matter on our own attempting to follow any administrative process. At the time of this letter we have NEVER received any documentation, warning, notices, or warrants regarding the property or actions which we are alleging. This month alone we have applied to three separate apartment complexes in hopes of establishing stability without success.

Your honor We do not know the laws and do not pretend to know the laws. we have reached out in writing and by phone to all agencies and outlets we could find including the FBI hoping to have this matter heard at minimum without any prevail. We feel we have no other alternatives other than to request your immediate assistance as every homelessness minute that passes we suffer without any clear reasoning as to why.

Myself Marcus Hinton signed a rent to own agreement on the property in question 3752 n golden rule rd Cochise Arizona 85606 in 2020. With less than Fithteen thousand dollars remaining balance owed to the landlord, and always one month paid ahead at the time of Nov 17,2021 when this incident began. At this time we were three Americans with severe auto immune disorders whom were trying to understand the pandemic and what it meant behind our chained gates. The pandemic caused us to rewrite our previous lease agreement. In this letter I have attached the last lease agreement which was altered until full payment of the property was paid or pandemic rental assistance ceased. Rental assistance was acquired after the homes electric bill sky rocketed to over one thousand dollars balance as a result of an electrical wiring issue in which the landlord paid a contractor to fix the water whale that was not installed correctly. This occurred approximately two or three weeks prior to the suspicious home fire.

We were on the property in question as Marcus Hinton was preparing for a National launch into Sams Club as he holds a Global contract with the retailer without any loans or investments beginning at age twenty four. Marcus has worked his entire adult life preparing for this launch on the 25 + acre property which was also handled manufacturing of the company's products and several other businesses which also are owned clear and free as well.

Your honor We will mention in this letter only what we can remember under these circumstances. Most of the egregious behavior is on clearly audio/video.

Our main house and main home only on the 25 + acre property mysteriously caught fire November 17,2021. Other structures, buildings and an additional home were on this property (unharmed by fire). The night of the fire our family observed the sheriff department walking throughout the property. We cannot assume why. Included on this vast property were heavy machinery, farm equipment, tractors, over 100 farm animals Including dogs, cats, sheep, pigs, goats, ducks and our entire life.

Within hours of the total loss house fire an unknown group of people vandalized our property, slaughtered our animals, stole multiple large item things from the property and more. The sheriff office was contacted and refused our family the right to file a report and was told it would not be investigated. In return we created a Craigslist add with a $1500 reward for any assistance on whom committed this crime.

Within hours of posting the reward add on Craigslist, we received a (recorded call) from the Cochise county sheriffs office asking us to remove the add as the sheriffs office has found our property. On this call we're told that the Cochise county sheriffs office/ Benson police department and several other agencies would be at an address in Benson Arizona to assist in retrieving our property and that we would need to bring a trailer and remove the property from the address. The sherrif explained the individuals whom are housing the stolen property at this address are "keeping an eye on things over night" until the ourselves and the departments showed up to the property.

Due to the fact our trailer was stolen as well we unfortunately had no way to relocate these things within several our hours. We asked the stolen property be placed in evidence. We also asked the Cochise county sheriffs office on this recorded call if anyone would be arrested during the raid and were told "possibly" and he "thinks" they have a suspect.

We retained attorney Christopher Jeffries in tucson Arizona . Mr.Jeffries explained he reached out to the sheriffs department via email and by phone to gather an understanding without receiving communication back until current day.

We were instructed by Mr. Jeffries to arrive to the raid in the morning and view the property and still allow it to be placed in evidence. We paid a disability driver to drive us first back to our home to feed, water our animals and check if anything else occurred on the property. Once we completed our duties at our home we then were driven to the location on a back road in benson where the raid was set to occur. Upon arrival (on video) the sheriff greeted us at the gate and

explained the individuals whom are housing the stolen property "are old guys and we aren't pressing charges you either want your things or you don't". We requested he contact our attorney Mr.Jeffries and whom had been calling their office and was told "we don't have to hear from your attorney". We attempted to have the attorney on speaker phone to resolve this with the sherrif and was told that was not allowed and told to leave to if we're wanting charges pressed and not taking the property.

We never got a chance to identify any property. We noticed several individuals at the home standing around with the sheriffs and their vehicles.

Unsure as to why this was the reaction of our local sherrif department we decided to leave as the aggressive behavior begin to escalate after requesting the lead sherrif speak with our attorney.

We left the home in Benson where the stolen property was being held. We felt something was not making sense based of the interactions with the sheriff and their interactions with the thief's. We had the driver take us back to our home. We relocked our property and chained our fence back. (replaced lock and chain after each break in incident). Upon leaving the property (on video) we notice a brigade of sherrif vehicles with trailers and one of our dryers with a distinct crack down the middle. Also in between the sheriffs brigade are the individuals whom housed the stolen property in their vehicles as well driving toward our property.

Our disability driver asked us to duck down in the vehicle so they sheriffs could not see us and blow our cover. The driver stated she knows a back road to take us on that can get us to our property without alerting the sheriffs and the individuals we have seen them.

(Video exist). Vanessa entered the property through one entrance, Marcus through another and the disability driver entered through the front gate. Marcus finds the the Cochise county sheriff deputies in uniform have removed the gate, cut the chain, cutting locks and caught red handed in our buildings throughout the property, planting suspicious items such as bags, weapons, substances, a dryer, in and around the property just to name some. (On video) looting, loading their vehicles with everything down to my aunts wheel chair ramp (on video). Our animals were tortured, murdered and poisoned. We were evicted out of our property within hours of the fire being told to take what we could within hours and not allowed to return to the property or county. (On video) we're told this was at the direction of our "landlord" When caught the sherrifs responds ( better call the cops) and ( aren't you a regular fucking Sherlock homes) or (we don't have to have a warrant).

With nothing but what we could carry we were evicted within approximately three days of the home fire. We are terrified for our lives more than words can explain. We're currently banned from Cochise county by the sheriff department. Because of this it has been impossible to seek state claims in Cochise county court or any other immediate assistance and were beyond petrified of these individuals to enter the county after this threat. Within days of the Total loss house fire we were homeless without our property, food,water, shelter, incontinence diapers, incontinence wipes, medical equipment, shoes, forks or any of our businesses to fall back on for

support. We were abandoned by our attorneys, landlord and local sheriffs department sleeping in our van at a truck stop without heat during the bitter Holliday cold season. We are pleading with you in complete desperation and helplessness to assist us in restoring back our human and civil rights.

We are without proper daily basic essentials such as minimum stable housing as a result of the Cochise County Sheriffs office evicting us, not only off our land but out of the entire county without a warrant or warning. Your honor we are suffering and we come to you for understanding, justice, and restoration of our rights as human beings! We are currently in hiding staying in air bnbs in New Mexico which gives us Temporary furniture and other normal day necessities. We used our last resources to drive from New Mexico to Arizona first to the FBI home office on 7th street Phoenix Arizona for assistance and after being denied to have even our issue heard have now come to your court as a last resource.

Our family has relocated five times this month alone between air bnbs and hotels. These individuals have taken and held captive our lives, and any resources we could have used to seek a remedy prior to now.

Our family has attached documents of denial and payment for a basic apartment which we've applied for three times this month but are unable to rent for loan debt  debt under five thousand dollars.

We do not know the laws and do not pretend to know the laws. From our understanding we are entitled to human rights and due court process for any issues mentioned above as any other Cochise county resident. We feel  And would like to plead with the court to please assist us in anyway that you may see fit within reason to begin.

Vanessa Hinton : Mother of four, former business owner, former UAW Representative two time cancer survivor, lupus warrior, on disability.

Marcus Hinton: severe rheumatoid arthritis, seizures whom is self employed.

Veronica Hinton: End stage multiple sclerosis, wheel chair bound and former school teacher over fifth teen years currently on disability.

American Hinton Family.