Case 4:23-cv-00482-MSA

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

VS



Cochise County

William Maer

Cochise County Sherrif

Doni Maer

To the Honorable Judge Maria S Aguilera,


PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT


1.Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Marcus Hinton Veronica Hinton *Please see Ex 1, PmFSSp 2²*
Vanessa Hinton Truly Organic Great Day transportation ("'Plaintifts") respectly moves
this Court for entry of an Order granting summary judgment in full to all Plaintiffs based on
the fact  there is no genuine dispute as to any material fact.

2. Plaintiff's are entitled to judgement based on matter of law. *Please see 2 PmFSSp 2    Ev. 2+3*

3. In particular moves for summary judgment based on the Fourth Amendment. The right
of the people to be secure in their persons, houses, papers, and effects, against
unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but
upon probable cause, supported by Oath or affirmation, and particularly describing the
place to be searched, and the persons or things to be seized. as amended, are
unconstitutional. Exhibits are included in this motion *Please see PmFSSp2    Adding motion to submit video And Audio Ex.(5h)*


4. Pursuant to local rule Arizona Revised Statute
§13-2809, and on plaintiff's property without any warrants,
notices, or warnings on over seven different occasions.
*Please See PmFSSp2    Ex 7, 8*

5. ARS § 13-2804- and on plaintiff's
property without any warrants, notices, or

warnings on over seven different occasions. *Please see Exhibit 4 on 1-9* *PMFSJp² 5*

## 6. The Fifth Amendment-

says to the federal government that no one shall be "deprived of life, liberty or property without due process of law." The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the Due Process Clause, to describe a legal obligation of all states. and on plaintiffs property without any warrants, notices, or warnings on over seven different occasions. *Please see Exhibit 6, 5, + 56* *Please see PMFSJp² 6*

## 7. First Amendment

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. and on plaintiff's property without any warrants, notices, or warnings on over seven different occasions. *Please see Exhibits 1,3,3,4,5,6,3,8* *PMFSJp² 7*

## 8. Second Amendment

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed. and on plaintiff's property *Please See PMFSJp² 8* *Ex. 1-9*

without any warrants, notices, or warnings on over seven different occasions.

## 9. Sixth Amendment

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defense. and on plaintiff's property without any warrants, notices, or warnings on over seven different occasions. Please PMFSSp2  9

Ex.  1-9

## 10. Seventh Amendment

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any Court of the United States, than according to the rules of common law. and on plaintiff's  property without any warrants, notices, or warnings on over seven different occasions. Please See PMFSSp2 10,11 +12

Ex  1-9

## 11. Eighth Amendment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. and on plaintiff's property without any warrants, notices, or warnings on over seven different occasions. Ex 1-9

Please See PMFSSp2 11,+12 10 1

## 12. Ninth Amendment

Please See PMFSSp2 10,11 +12

The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people. and on plaintiff's property without any warrants, notices, or warnings on over seven different occasions.   Ex. 1-9

Case 4:23-cv-00482-MSA

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

VS


Cochise County

William Maer

Cochise County Sherrif

Doni Maer



PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
page 2  (A K A)  PM FSSp 2a

1. In or about Dec 1,2021.  Pursuant to local rule Arizona Revised Statute §13-2809, Exhibit( 1 )included. Cochise county deputies are caught red handed planting and tampering with evidence, including machines, weapons, substances, paraphernalia  and more after being told to leave several times, after being told not to plant anything else several times without a warrant notice or warning. In Exhibit( 1) deputy points to his badge telling Marcus to make sure he gets his badge on camera.

2. In or about Dec 1,2021.  ARS § 13-2804 - included in Exhibit (2) on 8/11/2022 is proof Cochise county gave false statements and conducted a false investigation and cover up with the Arizona post. In Exhibit (2) 8/11/2022 the Arizona post states "As is our policy, we forward your correspondence to the employing agency to review any allegations of misconduct. Upon review of their response, we have determined there does not appear to be any misconduct that rises to
the level of violations of AZPOST rules." In exhibit (3) unlawfully withheld testimony to the Arizona post.

3. In or about Dec 1,2021.  The Fifth Amendment- Exhibit (4) Cochise county employees, Cochise county deputies are caught red handed in workshop. Marcus ask the individuals "wow you guys decided to just break in?" The individuals replied back "we didn't have to were returning property" . These individuals decided and expressed to our family "we don't need any warrants

the owner gave us permission" these individuals expressed "we are not entitled to a court process even during the pandemic and continued loading and unloading on exhibit (5). On video evidence (6) Deputies called Marcus again reconfirming and stating " You have 24 hours to remove your belongings and animals from the property" without any due process. On video evidence (6) deputies are given the retained attorney for plaintiff's Christopher Jeffries and asked to
Direct all communication to counsel which was immediately denied without any due process.

4. In or about Dec 1,2021.  First Amendment - exhibit ( 7) shows the Craigslist add that was posted after sheriffs deputies refused our family the right to file a police report. Exhibit (7) was told by deputies to be taken Down immediately as "some of our things were found" and "Are being watched over night in benson Arizona at a guys house" . In Exhibit (8)"  Robert Watkins" "Operations Commander stated the opportunity to petition the Government for a redress of grievances was "Off the table until further notice"

5. In or about Dec 1,2021.  Second Amendment- In Exhibit (4) Deputies are caught red handed stealing fire arms and planting firearms. Deputies infringed upon our rights by keeping our weapons for over seven hundred and fifty days.

6. In or about Dec 1,2021.  Sixth Amendment-  On video evidence exhibit (6) deputies were notified we have legal counsel and refused to speak with legal counsel. We were told on video evidence that can be submitted to the court at any time in any fashion number (8) deputies state their "is an ongoing investigation going on" as he was caught and stopped from stomping plaintiff's dogs with his boot! Deputies on exhibit (8) begin reaching for his weapon and aggressively walking toward Marcus, without giving any reasoning as to why.

7. In or about Dec 1,2021.  Seventh Amendment- Cochise County, Cochise County sherrif department denied us any court proceedings and begin their their theft, planting and destruction. Exhibits 1,2,3,4,5,6,7,8.. other exhibits exist on video or written if needed at anytime by the court.

8. In or about Dec 1,2021.  Eighth Amendment- Cochise county, Cochise County sheriffs Officers gave defendants a twenty four hour notice to vacate the property with all animals and personal property after a total loss house fire. Deputies issued four separate unusual punishment tickets demanding we vacate the property in twenty four hours. On exhibit (9)

Cochise county animal control and Cochise county sherrif female deputy explains on video that it's "Against the law if you're not with your animals twenty four hours a day" and because you're not with your dogs you have twenty four hours to vacate the property or be arrested. On Exhibit (10) shows one of our rabbits whom had been murdered and what was left of over eighty chickens that had not been murdered. In exhibit (4) deputies are caught red handed planting evidence attempting to frame us and charge us with crimes.

9. Ninth Amendment- Deputies gave all defendants twenty four hour notice to leave the county and and our property. These individuals also violated the ninth amendment by attempting to frame plaintiffs with stolen property, drugs, guns and more causing plaintiffs to run for their lives terrified leaving them unable to vote or participate in any voting rights in Cochise county. Defendants also violated the ninth amendment by entering throughout any and all of plaintiffs buildings and property on over eight different occasions without any warrants or notices, breaking locks, removing structures and more. These individuals from our understanding of laws during Covid 19 pandemic is that these individuals were not suppose to be within 15ft of any plaintiffs unmasked and gave our family zero privacy as anything and everything we owned was searched, seized , stolen and or destroyed.

# PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT PAGE 2

November 27, 2023

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

Case - 4-23-ev-00482-MSA

To the Honorable,

Judge Maria S Aguile

10. Please see exhibit 1,2 and all Exhibit's available or involved

11. Please see exhibit 1,2 and all Exhibit's available or involved

12. Please see exhibit 1,2 and all Exhibit's available or involved

# MOTION FOR SUMMARY JUDGMENT
## PAGE 3

---

November 27, 2023

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

Case - 4-23-ev-00482-MSA

To the Honorable Judge

Maria S Aguilera

1. Your Honor,  we paid attorneys to represent us through the legal process even while we were sleeping at a truck stop in the freezing cold, our retainers were paid in full after being illegally evicted and given twenty four hours to vacate by Cochise County  and Cochise county sheriffs during the peak of Covid 19.

2. We the plaintiffs believe All Actions of these individuals are legally indefensible. After our home mysteriously down and before the ash could settle, Cochise county and Cochise county sheriff and their accomplices burglarized our property while armed on video, while being counsel retained without any warrants, warnings or notices. Producing warrants that were approved on any plaintiffs and any addresses in possession of any plaintiffs should be readily available if they truly did ever exist. We the plaintiffs believe if the defendants followed all protocol and procedures their should be no delay especially thirty

additional days to produce any warrants. Their simply was or was not any any warrants, notices, or legal reasons behind the twenty four hour illegal eviction during the Covid 19 Global pandemic. Exhibits attached and available.

3. We the plaintiffs believe the defendants conducted themselves as a lawless gang with no supervision or internal control again by illegally evicting us, total destruction, theft and framing our family. Then being told we're "under investigation" and being told the property is "no longer owned by us" during the Covid 19 pandemic. We believe we have sufficient proof these employees and individuals should be criminally prosecuted, as badges were used to deprive us our civil rights. Exhibits attached and available

4. We the plaintiffs have been and currently still are being detrimentally oppressed by these individuals. We believe we have clear cut evidence of abuse of power. We believe these individuals have tampered with police reports, filings and are liable. Exhibits attached and available.

5. We the plaintiff's have evidence to prove corruption, fraud, to further oppress and silence us in their official capacity. Exhibits attached and available.

6. We the Plaintiff's believe the defendants made a colossal blunder when they decided because of reasons not fully known to us against all plaintiff's , that plaintiffs were not entitled to clear constitutional rights and took said constitutional rights "Off the table".  Including any warrants warnings, reports or notices  beginning November 17,2021 until current day for any plaintiffs for the several dozen times defendants burglarized while armed plaintiff's property. Each time any defendants entered, planted, replaced, exchanged or destroyed anything from plaintiff's

property should have a warrant and shared with legal counsel. Exhibits attached and available

7. We the plaintiff's believe the defendants of Cochise County and Cochise County Sheriffs office and attorney of both Cochise county Cochise county sheriffs office actions are Treasnisct, Terroristic, Diabolical, in every action thus far including Jellion law statement to the courts of "Good Faith extension". Exhibits attached and available.

8. Your Honor Jellison law firm called and made threatening statements in order to intimidate and terrorize plaintiffs further that was coincidentally not mentioned to this court during his plea to this court regarding "Good Faith extension" On December 8,2023 11:47am. On December 8,2023 at 11:47 am Jellison law was told by all plaintiffs we do not appreciate being called with threats. Attorneys of defendants for Cochise county , Cochise county Sheriffs in this call not mentioned to the court, Jellison law attorney states "Oh it's not a threat" and reiterated again in the same breath "it's not a threat". We're baffled by as to if we've relaid the message to the courts and all party's involved how terrified we are of defendants why would defendants Cochise county , Cochise county Sheriffs legal counsel make a call not mentioned to this court and the message to plaintiffs resemble anything close to a threat. Exhibits attached and available.

9. On The second call of the day by Jellison law December 8,2023 at 11:47 am Jellison law was offered for the third time, two of which on this specific call to settle this case. All plaintiffs agreed on this call with Jellison law that a thirty- day extension would only be agreed by plaintiffs if defendants were interested in settlement at the end of said 30 days as their were, no warrants warnings or notices that

would allow planting of assault rifles, drugs, other stolen merchandise, machinery and more. This offer was denied by defendants counsel. We ask the courts to note Jellison law legal assistant on a recorded call only asked for an extension of Cochise county and stated on said recorded call Jellison law is not representing Cochise County sheriffs. Jellison law statement to the court regarding the conversation was false and deceptively misleading while using the term "Good Faith". Cochise county , Cochise county Sheriffs legal counsel failed to notify plaintiff's by email as stated to this court. No plaintiff's have also received any correspondence of any kind being email, certified or other from any defendants as per procedure. Exhibits attached and available.

7. We the plaintiffs believe attorneys of Jellison law and it's clients have been Treasnisct, Terroristic, and Diabolical, in every action thus far! We the plaintiff's believe Jellison law has showed through its manipulation of the statements to the courts that "Good faith" will not be offered to us. Understanding and presenting no clear reason as why a thirty day extension is necessary to locate a warrant. We the plaintiff's believe the request for an extension is not to find any warrants, warnings or notices but instead to create said warrants, warnings or notices and cause further pain to our Businesses, emotional, and physical irreplaceable harm. Exhibits attached and available.

8. We the plaintiff's believe we have clear proof these defendants specifically SGT Watkins and Wilkins blatantly stated our constitutional rights are "Off the table" until further notice. Exhibits attached and available.

9. Robert Watkins made it clear he Curtis Wilkins and defendants are the judge, jury, and executioner on all Plaintiffs whom are completely displaced, after a suspicious total loss house fire. Cochise county, Cochise County Sheriff Doni Maer, William Maer and their accomplices profited from their theft, and terroristic acts substantially! Exhibits attached and available.

10. Instead of Robert or Curtis referring any of our grievances to a third party or internal affairs these individuals decided to verbally assault, bully, intimidate, and alter evidence and documents further knowing we're entitled to constitutional rights, knowing these incidents had been recorded, and knowing within our constitutional rights a warrant would need to be served to any plaintiffs and most importantly to any plaintiffs retained legal counsel. Exhibits attached and available.

11. Robert and Curtis both stated via telephone phone call and writing "Our Deputies are issued and use body worn cameras capturing their interactions with members of the public and such conduct is not tolerated by CCSO." Exhibits attached and available.

12. We have incriminating video evidence, that clearly proves the exact opposite with deputies not wearing any visible body cameras, and was not only tolerated by CCSO but on their end successfully carried out and executed while tax payer dollars were used to achieve these horrific actions. Deputies on video do not have ANY visible body cameras but indeed were sure to wear gloves while handling planting materials and evidence. From the statements of SGT Wilkins and Watkins of the Cochise county sheriffs office, the Cochise county sheriffs office does have body camera

footage of other armed burglaries that were committed against us at different times by the CCSO. Exhibits attached and available.

13. Exactly two hundred and fifty days after the suspicions house fire SGT Wilkins and Watkins decided while in the same email conversation of taking our rights "off the table" that they were on Plaintiff's private property without warrants, warnings or notices. In this conversation it was then offered that they could then offer the option to now speak to our legal counsel and keep this situation internal after filing false reports to the Arizona post. Exhibits attached and available.

14. Your honor these individuals had the opportunity to speak with our legal counsel multiple times on video evidence and openly and blatantly refused. During the "raid" in benson Arizona at the Cochise county sheriff stash house our retained attorney and ourselves vigorously attempted to connect legal counsel with Cochise county or Cochise county sheriff management which were all blatantly denied and mocked. Exhibits attached and available,

16. These individuals refused to take our phone and speak to Christopher Jeffries while in the midst of planting weapons and substances around our property. These individuals from what our previously retained attorney Christopher Jeffries relayed to us, refused to answer or call back Christopher Jeffries on several different instances. Exhibits attached and available.

17. Your honor while being severely displaced February 2, 2022 after these individuals first set of terroristic actions, the driver of Cochise County Transport driver and witness

called Marcus stating the Cochise County Sherif without a warrant were "Delivering" the last of our belongings to the drivers sister property and "searching" for plaintiff's. Exhibits attached and available.

18. Your Honor we would like to be clear, we have not met the disability driver of Cochise county transport beyond the suspicious house fire more than twice. We have never met or was knowledgeable about any family members of the driver of Cochise county transport. These individuals made false statements to Cochise County transportation driver that Marcus approved the delivery of a thirty plus acre property to both the driver and drivers sisters address. Exhibits attached and available.

19. Your Honor we were represented and retained yet another attorney weeks prior to the February 2,2022 incident named Jenkins Law firm. At no point from our understanding had Cochise county or Cochise county sheriff served any warrants, notices, or warnings to any plaintiffs or legal counsel to re-enter, burglarize while armed, plant or access plaintiffs property by cutting metal truck chains off plaintiff's fence and making access once again. Exhibits attached and available.

20. Your honor were perplexed as to how or why Cochise County, Cochise County Sheriffs would consider themselves a law Enforcing Two Men In A Truck moving company on Feb 2,2022 in addition to illegally evicting our family during the GLOBAL pandemic without any warrants, warnings or notices to properties and individuals whom we have no relationship with other then a paid service, after previously being caught red handed loading Cochise county, and Cochise county sheriff and other personal vehicles with everything down to plaintiff's wheel

chair ramp, which was even used a helpful tool during the burglary, then loaded and stole the ramp itself on clear video. Exhibits attached and available.

21. Our second retained law firm Jenkins law firm instructed Marcus to personally send an email to Cochise County Sheriff's and call Cochise County Sheriff re sharing with them our attorney's information. During phone calls Cochise county sheriffs dispatch and management verbally refused plaintiff's the right to "any warrants" and stated "they did not need to speak with anyone, this is their town". An email was sent from Marcus February 2, 2022 at 1:20:44 PM MST to Cochise county Sheriff's office while plaintiff's were retained, that email was ignored until Current day. Exhibits attached and available.

22. We humbly ask the courts to immediately grant summary of judgement on all claims based on the fact at no point has any warrants, warnings or notices have ever been served to plaintiff's or legal counsel. Cochise County, Cochise County Sheriffs, William Maer, Doni Maer specifically had no logical reason or logical legal basis to enter, transfer, assist, sell, exchange, plant, remove, destroy, or be involved any further without any warrants, warnings or notices after the fire was extinguished at 3752 n golden rule rd Cochise Arizona 85606 November 17, 2021 or any address associated with. Exhibits attached and available.

23. We the plaintiff's have had our constitutional rights taken " off the table" for over seven- hundred fifty days. William Maer specifically stated "you're being evicted"and did evict us using what Doni Maer calls "her guys" being multiple Cochise county trucks and trailers, multiple Cochise county sheriffs deputies, multiple times without

giving plaintiffs any due processes. Plaintiffs have been displaced and being forced to relocate several Times a month from hotel to random place over four hundred times. This has been a nightmare that's mentally and physically weakening . We ask the courts that summery judgment go in to effect immediately and granted immediately on all claims based on law, and by law to all Americans are entitled to the fourth amendment no matter race, creed, Color, gender, religion or nationality. Their were zero warrants, warnings, or notices served to sell, exchange, enter, leave, break in, remove, plant, deliver, anything from any defendants, on 3752 n golden rule rd or any addresses associated with. We the plaintiff's also believe it does not take a thirty day extension from Jellison law to understand why we as plaintiff's are entitled to clear cut constitutional rights. Exhibits attached and available.

Civil rule 56-

24. We the plaintiffs have no understanding as to why Cochise County, Cochise County Sheriffs would make a career decision and well orchestrated plot involving themselves in a possible civil matter,  to the degree of armed burglary and framing plaintiff's for William and Doni Maer to retrieve back the purchased property back from plaintiffs for William and Doni Maer without going through the courts process. We cannot attempt to explain why, we can only prove without a reasonable doubt defendants acted as one lawless gang and did profiting substantially. If either William or Doni Maer wanted the property back in their possession, Plaintiff's should have been taken to court as any other Cochise county residents.  Exhibit 11-

We the plaintiffs believe this case has no legal reason to continue to trial as all plaintiffs are free, law abiding, outstanding, upstanding American Citizens entitled to the same Constitutional right as any other United Statesian and

said constitutional rights were "Taken off the table" continuously until current day by all defendants and we ask the courts to humbly approve this judgement without further delay. Exhibits attached and available.

Civil rule 56-

Marcus Hinton
Veronica Hinton
Vanessa Hinton
Truly Organic
Great Day Transportation

*Court Copy*

# EMERGENCY MOTION TO SEAL NAMES AND IDENTITIES

November 27, 2023 Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

Case - 4-23-ev-00482-MSA


To the Honorable Judge Maria S Aguilera,,

1. Your honor we fear greatly for our lives by the defendants and their unknown accomplices. Including Cochise county legal representative. On Friday December 8,2023 at 9:03 am on a recorded call Marcus received a call from Jellison Law. The individual stated she worked as a paralegal for the law firm. Marcus then asked the paralegal how can he help her. The paralegal replied she's representing Cochise County. Marcus asked her on this recorded call specifically did this law firm represent Cochise County Sheriffs, she replied not at this time!  The representative then stated "because of the length of the lawsuit our firm ask for a 30 day extension".

2. Marcus explained the only way we would approve a 30 day extension would be if we can mediate or resolve this situation other wise no as you know you had no warrant or right to plant evidence and attempt to frame us on video.  The representative replied "well thank you for your consideration bye bye". On the same day December 08,2023 At 11:47am an attorney for the law firm called and threatened all plaintiff's on a recorded call. On this call the lawyer stated his name was Rodney State. Rodney was asked what was the purpose of his call.


3. He begin to explain he represents Cochise county and Cochise county sheriff. Marcus replied okay and notified Rodney all plaintiffs were on the phone . The attorney then begin to consult  Marcus on state and federal statues,  how all plaintiffs have filed state claims in which he will have thrown out, how he's going to file for "qualified for immunity" because these officers and the county are all protected. He then begin to threaten us voice trembling and confused  into what he calls "dropping Cochise county" to the point another Plaintiff had to stop and  tell him "we do not appreciate your threats" and this "threatening call" to which he replied back "oh it's not a threat" and again repeated it for confirmation in a threatening tone "oh it's not a threat" . Marcus still in good faith offered on two separate occasions during this call the chance for settlement or mediation which both were denied during his threats. This attorney filed federal documents telling lies to the court in an

attempt to hinder our justice, due process, and misguide the court into granting a 30 day extension or more. We the Plaintiffs believed that if an attorney is to file a response to the court that it should be factual and not blatantly erroneous and also filed three days before deadline. Which this attorney also stated email

4. Confirmation was sent which is also false and no notification at the time of his filing has been received.


5. We ask that the courts seal our names and businesses from public view to protect our identities and safety. We believe the defendants and their accomplices will go to great lengths to further silence us from from justice. We ask the court to also assist with government protection, assuring that our safety is at the highest priority. We fear these individuals have more then the necessary means to find our location and cause bodily harm or death.

The Hinton's

# EMERGENCY MOTION TO INVESTIGATE AND DETAIN OR CHARGE

November 27, 2023 Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

Case - 4-23-ev-00482-MSA

To the Honorable Judge Maria S Aguilera,

1.Your honor the Cochise county sheriff office broke into our property with their co conspires on several different occasions which is caught on video.  In February 2022 around 9:00pm we received a call from the company Cochise county transport. The driver we believe is named Penny is also the driver whom was a witness to the planting of evidence and theft. The driver of this company called us terrified explaining the Cochise county  sheriffs department unconstitutionally have searched her sister property for our family. The driver explained her under aged nephew was frightened and doesn't know what to do. We called our retained attorney Lashawn Jenkins and was told to send an email to these individuals letting them know we do have an attorney. We explained to Lashawn we're scared of these individuals and was told we must contact them by phone and email notifying them.

2.The driver called us back moments later explaining the sheriffs department is now at her home and searching for our family. The driver explained SGT Parker spoke to Marcus and received permission from Marcus to deliver the last of our items from 3752 n golden rule

rd to the drivers home. We explained to the driver we have no idea where you live or your sister and that we have only met her three times during business. We asked the diver to give the phone to SGT Parker. Marcus attempted to explain to Parker that we have an attorney and to only contact our attorney and that we do not give you any permission to deliver anything on our behalf. Parker laughed and told us we don't have an attorney and hung up the phone.

3.Our family called back to our attorney and was told to call Cochise county sherrif office and speak with a manager. We explained our disappointment to the attorney that he had not contacted anyone himself self being retained for over a month. We also explained how terrified for our lives we are but we're still told to call them. We called the office and a female dispatcher answered. We asked to speak with a manager and was denied by dispatch. We told this female dispatch we are represented by attorney and to not break into our property any further or remove anything else. The dispatcher begins yelling and screaming telling us that "this is no longer your property" and that "the sheriffs didn't need to break in because they don't need your permission the owners gave it to us" and she hung up the phone as well.

4. Your Honor These individuals are an extreme danger to the community and their actions are the perfect example for domestic terrorism! Because these individuals went against the United States government including deputies Watkins and Wilkins who comfortably put into writing after being told we have them on video our rights were "off the table" such as a statement from Watkins and Wilkins saying "When we spoke on the phone, you indicated you were concerned to respond to CCSO and file a complaint. In respect for such, I offered to email you a form you could then complete outlining the specific information of your complaint, notarize, and return to CCSO. This option is no longer available to you due to your lack of credibility. We would like to follow Watkins offer of contacting another agency as he stated "you may Contact the local FBI office or the Attorney General's office should you feel any other forms of contact are unsafe." I would ask the court to take this individuals advise. We humbly ask that this case be referred immediately over not to just the FBI as offered, but to Director of the Federal Bureau of Investigation director himself Christopher A Wray for review. We also ask this case be immediately sent to the head of the DOJ Attorney General Merrick B. for investigation. We also request this case be sent to the the Biden Administration for record sake and any reviews.

5. Your Honor we ask that any deputies, employees, co conspires or other unknown entities or individuals both included on video and in writing are all forced by court to provide legal grounds and or documentation that allowed any of them to commit the actions in which they've committed to the court for approval. If the court finds that no warrants or logical legal basis were present, we ask the court to immediately charge each individual that can be identified to the fullest extinct of the law.

# EMERGENCY INJUNCTION TO FREEZE ASSETS / EVIDENCE

November 27, 2023 Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation Truly Organic

Case - 4-23-ev-00482-MSA

To the Honorable Judge Maria S Aguilera,

After our very suspicious home

Fire and the seizure of our property and all items which left us without so much as a change of under clothes for days, Our family ask the court to immediately issue an injunction freezing all assets/Evidence of all Cochise County Sheriffs deputies involved, county employees involved, CCSO animal control, CCSO female Dispatch who personally made it clear "were not allowed back to our property and that "We do not own it anymore" , involved both included and currently unknown to us as we do not know any of these individuals! Each one of these these individuals stole everything we had including our dignity! The suffering and depths of misery, darkness and HELPLESSNESS bringing us both mentally and physically to hell on earth! This all occurred not only during the largest pandemic this century, but also during our family's Golden year birthdays. Marcus turned 30 inside a van with no heat, no funds, no food! Veronica turned 51 without a roof, toiletries, emergency pampers, running water! Vanessa turned 55 homeless, starving, freezing, thirsty and severely weakened!

Doni Maer, William Maer, their son Scott, Cochise county sheriffs, Cochise county instructed, assisted, and carried out these evil acts against our family. Your Honor if we did not have clear proof video of these individuals planting illegal items from weapons, substances and stolen property in and around our property, Your Honor we would have been on the opposite end, in your court room fighting for our freedom after these individuals attempted to frame us! These individuals would have had our family fighting for our lives for something we knew nothing about for possibly years or life incarceration.

from this county and property by any means necessary and did during the worst pandemic known to man!

We are unaware of the names of all individuals. We do have several in which we would like to present to the court for asset freezing including Robert Watkins, LT Wilkins whom both blatantly lead these crimes against us and took away our rights both in person and in writing. Exhibit included. Sargent Parker, and any other employees or individuals whom we are unaware of.

Your honor based on the fact these individuals and entities with the assistance of the other defendants and entities being factually proven on video, audio email or other both included and unknown to us, we believe these actions and past factual history of fraud and manipulation of the system call for immediate action to be done. Any substances, guns, evidence, drugs, machinery, documents, time cards, notes, social medias,pets,home decor, furnishings, valuables, paintings, statues, toilets , chandeliers, all be seized and held., Until all plaintiffs can visually acknowledge what is theirs and what is not or until federal investigation is complete. We ask that both in Cochise county evidence locker and Cochise county sheriffs department evidence locker or other stash homes in which these individuals use such as the Benson address where the "raid" took place to be seized.

On factual video and without ANY warrants  these individuals in uniform and non uniform loaded and unloaded their vehicles with everything down to the wheel chair ramp Your Honor. These deputies used our own wheel chair ramp to load our valuables and then loaded the ramp itself.  We would like these seized and or frozen for future testing, fingerprints, forensics and more. We believe these individuals could destroy, tamper, or hide any of our potential property that we could possibly still retrieve including our beloved animals. Being that on video these individuals are caught red handed planting evidence their credibility and sense of rationality is by far bleak. We believe their is great reason for concern that these individuals could destroy, tamper, hide, exchange their property to avoid future orders or judgements. We request all Pensions, SSI, Real estate, Bank accounts, Stocks or Bonds, personal property, animals, gifts, furnishings, devices, Decor, recordings, Valuables, any sales of any kind, text, emails, debit cards, credit cards, library cards, loans, radio communication, and any other forms of communication all be seized immediately and or frozen until investigation is complete and resolve is made or approved first by the court. We also ask the court to assist with any other possibles that could be frozen or seized in which we are unaware.