IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Hinton, et al. | No. CV 23-482-TUC-JAS (MSA) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Cochise County, et al. | |
| Defendants. | |

This case, reassigned to United States District Judge Soto, is hereby referred back to Magistrate Judge Aguilera for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72, and LRCiv 72.1, 72.2, and 72.3 of the Rules of Practice of the United States District Court for the District of Arizona.

All future filings in this case shall be designated: **CV 23-482-TUC-JAS (MSA)**

Dated this 8th day of January, 2024.

_____
Honorable James A. Soto
United States District Judge