# VERONICA'S RESPONSE TO DOCUMENT 81

April 9, 2024

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Great Day Transportation

Truly Organic

Vs.

County of Cochise, et al.,

Defendants.

Case - 4-23-Cv-00482-MSA -JAS

**To the Honorable Judge Maria S Aguilera**

I Veronica M Hinton fully joins in and adopts the complaint Doc 1.

Thank you

*Veronica Hinton* (signature)

Veronica Hinton.