# RESPONSE TO COURTS ORDER DOC 87

May 23,2024

**Case : No. CV-23-00482-TUC-JAS (MSA)**

Veronica Hinton

Vanessa Hinton

Marcus Hinton



VS

County of Cochise Cochise County Sheriff , William Maerses , Doni Maerses
Defendants.

Plaintiff's do not believe they fully stated a claim against the Maerses under the plausibility standard described by the court in document 87. The Plaintiff's can and have submitted so in an amended complaint. In addressing the second issue, Plaintiffs believe they have in this amendment complaint described additional facts they have regarding the Maerses' involvement in this lawsuit and explained how those facts support their specific legal theories as to the Maerses' liability.

The Plaintiffs apologizes to the court for the misunderstanding and appreciate the court for allowing the Plaintiffs to address the Maerses and their involvement in a separate Amended Complaint.

Marcus Hinton

Vanessa Hinton

Veronica Hinton