IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Hinton, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>County of Cochise, et al.,<br><br>    Defendants. | No. CV-23-00482-TUC-JAS (MSA)<br><br>**PLAINTIFF'S REQUEST FOR 30 DAY EXTENTION** |

Plaintiffs Marcus, Vanessa, and Veronica Hinton due to a unplaanned Family death ask this courts forgiveness for the late response. Plaintiff's also request a 30 day extension to effectively to respond.

Thank You

Marcus Hinton    *Marcus Hinton (Jul 9, 2024 10:12 MDT)*
Veronica Hinton    *Vanessa Hinton*
Vanessa Hinton (POA)    *Vanessa Hinton*

July 9, 2024