

RECEIVED
FEB 28 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Judge M. Aguilera
405 W. Congress St
#1500
Tucson AZ 85701

Hinfins
6613 Polaris St
El Paso TX 79904



RECEIVED
FEB 28 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

**PRIORITY MAIL EXPRESS®**

**UNITED STATES POSTAL SERVICE®**

EMS

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

GUARANTEED* ■ TRACKED ■ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.