# MOTION FOR JUDICIAL NOTICE REGARDING BANKRUPTCY FILING BY DEFENDANTS (MAERS)

June, 17, 2025

Marcus Hinton

Vanessa Hinton

Veronica Hinton

Vs.

County of Cochise, et al.,

Defendants.

Case - 4-23-Cv-00482-MSA -JAS

To the Honorable Judge Maria S. Aguilera

This motion is respectfully submitted by Plaintiffs Veronica Hinton and Marcus Hinton in reference to Docket 107, which appears to be a filing submitted by Defendant MAERS, referencing a bankruptcy petition (Case No. 4:24-bk-05191-BMW), allegedly filed on or about November 13, 2024 - approximately 388 days after the initiation of this civil rights case.

Plaintiffs believe this filing may represent a bad-faith effort to obstruct justice, evade accountability, and interfere with the judicial process currently before this Court. While bankruptcy may stay certain proceedings, it does not shield defendants from liability for intentional misconduct, including civil rights violations.

Specifically:

Under 11 U.S.C. § 523(a)(6), debts arising from willful and malicious injury are not dischargeable.

Under 11 U.S.C. § 727, the court may deny discharge entirely if the debtor is found to be abusing the bankruptcy process.

Claims under 42 U.S.C. § 1983, when based on intentional acts, especially those involving constitutional violations, are not automatically discharged by bankruptcy and may proceed independently.

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of this development and acknowledge that the bankruptcy filing does not immunize MAERS from the claims at issue in this case.

This motion is submitted in good faith and with respect for the Court's authority.

Respectfully,

Veronica Hinton _/s/ Veronica Hinton_

Marcus Hinton _/s/_

Vanessa Hinton _/s/_