IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Hinton, et al. | No. CV 23-482-TUC-JAS (MSA) |
| Plaintiffs, | **ORDER** |
| vs. | |
| County of Cochise, et al. | |
| Defendants. | |

Pending before the Court are two Report and Recommendations (Docs. 160, 197) issued by United States Magistrate Judge Aguilera. A review of the record reflects that the parties have not filed any objections to the Reports and Recommendations and the time to file timely objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Aguilera's Reports and Recommendations (Doc. 160, 197) are accepted and adopted.

(2) The motion to dismiss (Doc. 108) is granted. The first amended complaint is dismissed without prejudice as to Defendants Cochise County, Cochise County Sheriff, Curtis L. Watkins, Robert Watkins, Sergeant Tal Parker, and Cochise County Fire Chief.

(3) Defendants Mark Brnovich, Jane and John Does, Gregory G. McGill, Matt McGregor, Mark Kelly, Eric DeRosia, Joshua Turner, Tim Shay, Wilcox Arizona Mayor, Douglas Police Department Chief of Police, Benson Police Department Chief of Police, Linda Bohlke, Stephen Scott, Sabrina Doe, and Amy Doe are dismissed without prejudice.

(4) Plaintiffs have leave to file a second amended complaint by no later than 10/10/25.

(5) Plaintiffs' motion for injunctive relief (Doc. 175) is denied.

(6) Defendants Doni and William Maers are dismissed with prejudice.

(7) This case is referred back to Judge Aguilera for further proceedings.

Dated this 4th day of September, 2025.

Honorable James A. Soto
United States District Judge